JoAnn Rotermund, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY and KENNETH M. ROMINES, JJ.

## ORDER

PER CURIAM.

The movant, Le'Mon Horton, appeals from the motion court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We have reviewed the parties' briefs and the record on appeal and find no clear error. An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

The motion court's order denying the movant's Rule 29.15 motion for post-conviction relief is affirmed. Rule 84.16(b)(2).

Susan Nuckols, Hillsboro, MO, for respondent.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY and KENNETH M. ROMINES, JJ.

## ORDER

PER CURIAM.

The mother, P.M., appeals the judgment of the Circuit Court of Jefferson County terminating her parental rights to A.T. and R.T. We have reviewed the parties' briefs and the record on appeal and find no error.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

The trial court's judgment is affirmed. Rule 84.16(b)(1).

**In the Interest of A.T. & R.T.**

**No. ED 88443.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 13, 2007.

Joan M. Bryan, DeSoto, MO, for appellant.

**Nicolas A. CASEY, by his Next Friend Michael HANSON, Appellant,**

v.

**Michael CASEY, Michael Bocquillon, John Bamvakais, and Matthew Tornetto, Respondents.**

**No. ED 88167.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 13, 2007.